# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PHELPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | Case No.: 1:21-CV-00276-DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 10) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than September 17, 2021**;

　　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**June 18, 2021**　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE