# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PHELPS,<br><br>        Plaintiff,<br><br>  v.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Case No.: 1:21-CV-00276-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br>(Doc. 12) |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 12) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **August 5, 2021**     **/s/ Jennifer L. Thurston**
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE